**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |
| LUGANO DIAMONDS & JEWELRY INC.<br><br>          Plaintiff,<br><br>     v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>          Defendant. | Adv. Proc. No. 26-50036 (BLS) |

**DEFENDANT'S MOTION FOR PERMISSIVE ABSTENTION**

Defendant Travelers Casualty and Surety Company of America ("Travelers"), by its undersigned counsel, respectfully files this motion (the "Motion"), pursuant to section 1334(c)(1) of title 11 of the United States Code (the "Bankruptcy Code") and rule 7007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order substantially in the form attached hereto as **Exhibit A** (the "Order") providing that the Court will abstain from consideration of this adversary proceeding initiated by the Complaint (D.I. 1) filed by Debtor/Plaintiff Lugano Diamonds & Jewelry Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

In the Complaint, Plaintiff seeks judgment on matters of insurance policy coverage, counsel fees, alleged breach of the insurance contract and alleged breach of the implied covenant of good faith and fair dealing.  As more fully set forth in the *Memorandum of Law in Support of Defendant's Motion for Permissive Abstention* filed contemporaneously herewith, the claims alleged in the Complaint are non-core matters governed by California common law and California statute, and resolution of the Complaint will not affect the efficient administration of these bankruptcy cases.  Critically, the counsel fee dispute, one of the principal issues raised in the Complaint, is governed by California statute and subject to mandatory arbitration under California law.  Applying the twelve-factor test applicable to permissive abstention determinations, the Court should abstain from these matters.

For the reasons stated in the Memorandum, such other reasons that may be raised by Defendant, the Court should abstain from considering this adversary proceeding pursuant to 28 U.S.C. §1334(c)(1).

Dated: March 23, 2026

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Lisa Bittle Tancredi*
Lisa Bittle Tancredi (Del. Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:     (302) 252-4320
Facsimile:     (302) 252-4330
E-mail:          lisa.tancredi@wbd-us.com

*Counsel for Defendant Travelers Casualty and Surety Company of America*

WBD (US) 4927-5958-6456