# EXHIBIT A

*Proposed* Order

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |
| LUGANO DIAMONDS & JEWELRY INC.<br><br>    Plaintiff,<br><br>  v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendant. | Adv. Proc. No. 26-50036 (BLS) |

## [PROPOSED] ORDER

Upon Defendant Travelers Casualty and Surety Company of America's ("Travelers") Motion for Permissive Abstention (the "Motion") and accompanying Memorandum seeking that this Court exercise its discretion to permissively abstain from considering this adversary proceeding pursuant to 28 U.S.C. § 1334(c)(1) and any opposition thereto; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein in accordance with  28 U.S.C. §§ 157 and 1334(c)(1); and this being a non-core proceeding as defined in 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and a hearing having been held, if necessary, to consider the relief requested in the Motion; and the Court finding that it is in the interest of justice and in the interest of comity with State courts and respect for State law for this Court to abstain from consideration of the matters raised in the Complaint,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 28 U.S.C. § 1334(c)(1), the Court ABSTAINS from hearing and determining the claims asserted in this adversary proceeding and this adversary proceeding is DISMISSED.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

2

WBD (US) 4905-0313-2569