**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al*.,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |
| LUGANO DIAMONDS & JEWELRY INC. | |
| Plaintiff, | Adv. Proc. No. 26-50036 (BLS) |
| v. | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | |
| Defendant. | **Ref. Adv. D.I. 11** |

<u>**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**</u>

Pursuant to Del. Bankr. L.R. 7007-3, Plaintiff Lugano Diamonds & Jewelry Inc., hereby respectfully requests oral argument on *Defendant's Motion for Permissive Abstention* [A.D.I. 11] (the "<u>Motion</u>").  Briefing on the Motion is now complete.

[*Remainder of this page intentionally left blank*]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

60095315

Dated: April 30, 2026          **YOUNG CONAWAY STARGATT &**
       Wilmington, Delaware         **TAYLOR, LLP**

*/s/ Christopher M. Lambe*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Christopher M. Lambe (Del. No. 6846)
Brynna M. Gaffney (Del. No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:   emorton@ycst.com
       sbeach@ycst.com
       sborovinskaya@ycst.com
       clambe@ycst.com
       bgaffney@ycst.com


-and-

**BROWN LAW APC**

Lester O. Brown (admitted *pro hac vice*)
1120 Forest Avenue 298
Pacific Grove, CA 93950
Telephone: (213) 716-0542
Email: lbrown@brownlawapc.com

*Attorneys for Plaintiff*
*LUGANO DIAMONDS & JEWELRY INC.*