**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS
SCHEDULED FOR JUNE 1, 2026, AT 11:00 A.M. (ET)**

> **This proceeding will be conducted in person.  Counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to the Court's website (https://www.deb.uscourts.gov/ecourt-appearances)
> Registration is required no later than 4:00 p.m. (ET)
> one business day prior to the hearing.**

**RESOLVED MATTERS**

1.      Application for Entry of an Order Authorizing the Retention and Employment of Steptoe LLP as Primary Counsel to the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc. [D.I. 491, 4/16/26]

Objection Deadline:    May 1, 2026 at 4:00 p.m. (ET)

Related Documents:

    A.  Certificate of No Objection [D.I. 519, 5/4/26]

    B.  Order Authorizing the Retention and Employment of Steptoe LLP as Primary Counsel to the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc. [D.I. 520, 5/5/26]

Objections:    None

Status: An order has been entered.  No hearing is required.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

2.   Second Motion of Debtors for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 521, 5/5/26]

Objection Deadline:   May 19, 2026 at 4:00 p.m. (ET)

Related Documents:

  A.  Certificate of No Objection [D.I. 542, 5/20/26]

  B.  Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 545, 5/21/2026]

Objections:   None

Status: An order has been entered.  No hearing is required.

3.   First Interim Fee Applications

Objection Deadline:   May 5, 2026 at 4:00 p.m. (ET)

Related Documents:   *See* **Schedule A**, attached

  A.  Certification of Counsel Regarding Proposed Order Approving Interim Fee Applications of Debtors' and Special Committee's Professionals [D.I. 531, 5/13/26]

  B.  Certification of Counsel Regarding Revised Proposed Order Approving First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2025 Through February 28, 2026 [D.I. 532, 5/14/26]

  C.  Certification of Counsel Regarding Revised Proposed Order Approving First Interim Application for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from December 3, 2025 Through February 28, 2026 [D.I. 533, 5/14/26]

  D.  Omnibus Order Approving First Interim Fee Applications of Debtors' and Special Committee's Professionals [D.I. 536, 5/15/26]

  E.  Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2025 Through February 28, 2026 [D.I. 537, 5/15/26]

  F.  Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLP for the Period from December 3, 2025 Through February 28, 2026 [D.I. 538, 5/15/26]

Objections:

    A.  Informal Response from the U.S. Trustee

Status: Orders approving First Interim Fee Applications have been entered.  No hearing is required.

## ADJOURNED MATTERS

4.    Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion for Relief from the Automatic Stay [D.I. 312, 1/27/26]

    Objection Deadline:    February 13, 2026 at 4:00 p.m. (ET), *extended to March 30, 2026 at 4:00 p.m. (ET) for the Debtors and the Official Committee of Unsecured Creditors*

    Related Documents:

    A.  Notice of Rescheduled Hearing Regarding Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion for Relief from the Automatic Stay [D.I. 340, 2/5/26]

    B.  Order Approving the Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust Granting Limited Relief from the Automatic Stay [D.I. 424, 3/9/26]

    C.  Declaration of Traci L. Shafroth in Support of Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 451, 3/30/26]

    D.  Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust, Regarding Further Adjourning Motion for Relief from Stay [D.I. 466, 4/6/26]

    Objections:

    A.  Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 450, 3/30/26]

    B.  Official Committee of Unsecured Creditors' Joinder in Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 452, 3/30/26]

    C.  Joinder in Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 459, 3/31/26]

    Status: This matter is adjourned to a date and time to be determined by agreement of the parties. Mr. Ferder's response deadline has been extended to the deadline that corresponds with the Local Rules and the adjourned hearing date.

5.  Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 474, 4/10/26]

Objection Deadline:   May 8, 2026 at 4:00 p.m. (ET)

Related Documents:

A.  Reply of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust, in Support of Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 548, 5/27/26]

B.  Amended Reply of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust, in Support of Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 551, 5/28/26]

Objections:

A.  Debtors' Objection to Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 524, 5/8/26]

Status: This matter is adjourned to a date and time to be determined by agreement of the parties.

**ADVERSARY MATTER**

***Lugano Diamonds & Jewelry Inc. v. Travelers Casualty and Surety Company of America*, Case No. 26-50036**

6.  Defendant's Motion for Permissive Abstention [D.I. 11, 3/23/26]

Related Documents:

A.  Memorandum of Law in Support of Defendant's Motion for Permissive Abstention [D.I. 12, 3/23/26]

B.  Reply in Support of Defendant's Motion for Permissive Abstention [D.I. 25, 4/27/26]

C.  Defendant Travelers Casualty and Surety Company of America's Request for Oral Argument [D.I. 26, 4/30/26]

D.  Defendant Travelers Casualty and Surety Company of America's Notice of Completion of Briefing [D.I. 27, 4/30/26]

E.  Plaintiff's Request for Oral Argument [D.I. 28, 4/30/26]

Objections:

    A. Debtors' Objection to Travelers Casualty and Surety Company of America's Motion for Permissive Abstention [D.I. 24, 4/20/26]

Status: This matter is adjourned to a date and time to be determined by agreement of the parties.

## CONTESTED MATTER GOING FORWARD

7.     Motion of Debtors for Entry of an Order Approving Stipulation for Relief from the Automatic Stay, Assignment of Insurance Rights, and Waiver of Claim [D.I. 525, 5/11/16]

    Objection Deadline:   May 26, 2026 at 4:00 p.m. (ET), *extended for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") to May 27, 2026 at 4:00 p.m. (ET)*

    Related Documents:

        A. Certificate of Counsel [D.I. 550, 5/28/26]

    Objections:

        A. Informal Response from the U.S. Trustee

        B. Limited Objection and Reservation of Rights of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust, to Motion for Entry of an Order Approving Stipulation for Relief From the Automatic Stay, Assignment of Insurance Rights, and Waiver of Claim [D.I. 552, 5/28/26]

    Status:  The Debtors received a limited objection and reservation of rights after filing a certification of counsel.  Currently, this matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: May 28, 2026
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shellas Borovinskaya*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Brynna M. Gaffney (Del No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email: emorton@ycst.com
        sbeach@ycst.com
        sborovinskaya@ycst.com
        bgaffney@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone:  (415) 496-6723
Facsimile:  (650) 636-9251
Email:  tkeller@kbkllp.com
        tshafroth@kbkllp.com
        sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*

## Schedule A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |

**SCHEDULE A
INDEX FIRST INTERIM FEE APPLICATIONS**

A.   **Young Conaway Stargatt & Taylor, LLP -** First Interim Fee Applications of the Debtors' and Special Committee's Professionals for the Period From November 16, 2025 Through and Including February 28, 2026 [D.I. 477, 4/14/26]

    1.   First Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period From November 16, 2025 Through November 30, 2025 [D.I. 242, 12/23/25]

    2.   Certificate of No Objection [D.I. 288, 1/14/26]

    3.   Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period From December 1, 2025 Through December 31, 2025 [D.I. 294, 1/16/26]

    4.   Certificate of No Objection [D.I. 356, 2/9/26]

    5.   Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2026 Through January 31, 2026 [D.I. 376, 2/13/26]

    6.   Certificate of No Objection [D.I. 426, 3/9/26]

    7.   Fourth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc.  (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

of Expenses for the Period From February 1, 2026 Through February 28, 2026 [D.I. 428, 3/12/26]

8.     Certificate of No Objection [D.I. 465, 4/6/26]

9.     Supplement to First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 478, 4/14/26]

B.     **Keller Benvenutti Kim LLP –** First Interim Fee Applications of the Debtors' and Special Committee's Professionals for the Period From November 16, 2025 Through and Including February 28, 2026 [D.I. 477, 4/14/26]

1.     First Monthly Fee Application of Keller Benvenutti Kim LLP, as Co-Counsel for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for the Period From November 16, 2025 Through November 30, 2025 [D.I. 243, 12/23/26]

2.     Certificate of No Objection [D.I. 289, 1/14/26]

3.     Second Monthly Fee Application of Keller Benvenutti Kim LLP, as Co-Counsel for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for the Period From December 1, 2025 Through December 31, 2025 [D.I. 293, 1/16/26]

4.     Certificate of No Objection [D.I. 355, 2/9/26]

5.     Third Monthly Fee Application of Keller Benvenutti Kim LLP, as Co-Counsel for the Debtors, For Allowance of Compensation and Reimbursement of Expenses Application for the Period From January 1, 2026 Through January 31, 2026 [D.I. 377, 2/13/26]

6.     Certificate of No Objection [D.I. 425, 3/9/26]

7.     Fourth Monthly Fee Application of Keller Benvenutti Kim LLP, as Co-Counsel for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for the Period From February 1, 2026 Through February 28, 2026 [D.I. 427, 3/12/26]

8.     Certificate of No Objection [D.I.464, 4/6/26]

9.     Supplement to First Interim Fee Application of Keller Benvenutti Kim LLP [D.I. 479, 4/14/26]

C.     **Barnes & Thornburg LLP -** First Interim Fee Applications of the Debtors' and Special Committee's Professionals for the Period From November 16, 2025 Through and Including February 28, 2026 [D.I. 477, 4/14/26]

1.     First Monthly Fee Application of Barnes & Thornburg LLP, as Counsel for Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc., for

2

Allowance of Compensation and Reimbursement of Expenses for the Period From November 16, 2025 Through December 31, 2025 [D.I. 326, 1/30/26]

2.      Certificate of No Objection [D.I. 394, 2/23/26]

3.      Second Monthly Fee Application of Barnes & Thornburg LLP, as Counsel for Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc., for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2026 Through January 31, 2026 [D.I. 415, 2/27/26]

4.      Certificate of No Objection [D.I. 440, 3/24/26]

5.      Third Monthly Fee Application of Barnes & Thornburg LLP, as Counsel for Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc., for Allowance of Compensation and Reimbursement of Expenses for the Period From February 1, 2026 Through February 28, 2026 [D.I. 458, 3/31/26]

6.      Certificate of No Objection [D.I. 500, 4/22/26]

7.      Supplement to First Interim Fee Application of Barnes & Thornburg, LLP [D.I. 480, 4/14/26]

D.   **Omni Agent Solutions, Inc. -** First Interim Fee Applications of the Debtors' and Special Committee's Professionals for the Period From December 1, 2025 Through and Including February 28, 2026 [D.I. 477, 4/14/26]

1.      First Monthly Fee Application of Omni Agent Solutions, Inc., as Administrative Agent for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period From December 1, 2025 Through December 31, 2025 [D.I. 404, 2/24/26]

2.      Certificate of No Objection [D.I. 437, 3/18/26]

E.   **Armory Securities, LLC** - First Interim Fee Applications of the Debtors' and Special Committee's Professionals for the Period From November 16, 2025 Through and Including February 28, 2026 [D.I. 477, 4/14/26]

1.      First Combined Monthly Fee Statement for the Period From November 16, 2026 Through February 28, 2026 [D.I. 473, 4/10/26]

2.      Certificate of No Objection [D.I. 518, 5/4/2026]

F.   **Pachulski Stang Ziehl & Jones LLP** – First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period From December 1, 2025 Through February 28, 2026 [D.I. 481, 4/14/26]

3

1. First Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period From December 1, 2026 Through December 31, 2026 [D.I. 290, 1/14/26]

2. Certificate of No Objection [D.I. 341, 2/5/26]

3. Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period From January 1, 2026 Through January 31, 2026 [D.I. 416, 3/2/26]

4. Certificate of No Objection [D.I. 441, 3/25/26]

5. Third Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period From February 1, 2026 Through February 28, 2026 [D.I. 443, 3/25/26]

6. Certificate of No Objection [D.I. 501, 4/23/26]

G. **Force Ten Advisors, LLC –** First Interim Application for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period From December 3, 2025 Through February 28, 2026 [D.I. 483, 4/14/26]

1. First Monthly Fee Application for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From December 3, 2026 Through December 31, 2026 [D.I. 305, 1/23/26]

2. Certificate of No Objection [D.I. 382, 2/17/26]

3. Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From January 1, 2026 Through January 31, 2026 [D.I. 417, 3/2/26]

4. Certificate of No Objection [D.I. 442, 3/25/26]

5. Third Monthly Fee Application for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From February 1, 2026 Through February 28, 2026 [D.I. 444. 3/25/26]

6. Certificate of No Objection [D.I. 502, 4/23/26]